**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| John Brotherston and Joan Glancy, individually and as representatives of a class of similarly situated persons, and on behalf of the Putnam Retirement Plan,<br><br>Plaintiffs,<br>v.<br><br>Putnam Investments, LLC, Putnam Investment Management, LLC, Putnam Investor Services, Inc., the Putnam Benefits Administration Committee, the Putnam Benefits Investment Committee, Robert Reynolds, Ellen Neary, and John Does 1–30,<br><br>Defendants. | Case No. 1:15-cv-13825-WGY<br><br>**PLAINTIFFS' ASSENTED TO MOTION TO IMPOUND CERTAIN DOCUMENTS IN CONNECTION WITH THEIR FORTHCOMING MOTION TO COMPEL** |

Pursuant to Local Rule 7.2 and Paragraph 9 of the Stipulation and Order for the Protection and Exchange of Confidential Information entered in this case (Dkt. No. 46) ("Stipulation and Order"), Plaintiffs John Brotherston and Joan Glancy ("Plaintiffs") hereby move the Court for an order permitting them to file the following documents under seal:

- Exhibits 1 through 4 of the Declaration of Kai H. Richter in Support of Plaintiffs' forthcoming Motion to Compel ("Richter Declaration")

- unredacted copies of Exhibits 7 through 12 to the Richter Declaration, the Motion to Compel, and the supporting Memorandum of Law (while filing redacted copies of the same publicly).

As grounds for this Motion, Plaintiffs state as follows:

1. The entirety of Exhibits 1 through 4 of the Richter Declaration have been marked "CONFIDENTIAL" by Defendants pursuant to the Stipulation and Order, and contain information Defendants consider to be "non-public or proprietary business, commercial or financial information." *See Stipulation and Order ¶ 2.*

2.  Exhibits 7 through 12 of the Richter Declaration, and Plaintiffs' Motion to Compel and supporting Memorandum of Law, refer to portions of Exhibits 1 through 4 or other documents designated as Confidential by Defendants.

3.  Plaintiffs propose filing Exhibits 1 through 4 under seal, and unredacted copies of the Motion, Memorandum of Law, and Exhibits 7 through 12 to the Richter Declaration under seal.  Plaintiffs propose filing redacted copies of the Motion, Memorandum of Law, and Exhibits 7 through 12 to the Richter Declaration publicly, with references to the content of Confidential material redacted.

4.  Defendants assent to the sealed filing of these materials.

At the conclusion of the litigation, after any appeals have been exhausted, Plaintiffs respectfully suggest that the impounded documents be returned to Plaintiffs' counsel for handling in accordance with the terms of the Stipulation and Order.

## LOCAL RULE 7.1 CERTIFICATION

I, Kai H. Richter, hereby certify that counsel for Plaintiffs conferred with counsel for Defendants in good faith on August 17 regarding the issues raised in this motion, and Defendants consent to the filing of the requested materials under seal.

Dated: August 17, 2016

**NICHOLS KASTER, PLLP**

By: */s/ Kai H. Richter*
Kai H. Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
 *admitted *pro hac vice*
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
cengstrom@nka.com

**BLOCK & LEVITON LLP**
Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
Bradley J. Vettraino (BBO #691834)
155 Federal Street, Ste. 400
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jason@blockesq.com
jake@blockesq.com
bradley@blockesq.com

ATTORNEYS FOR PLAINTIFFS

---

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2016, a true and correct copy of Plaintiffs' Motion to Impound was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: August 17, 2016      /s/ *Kai H. Richter*