UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN BROTHERSTON and JOAN GLANCY, :
individually and as representatives of a class of
similarly situated persons, and on behalf of the :
Putnam Retirement Plan,
 :
          Plaintiffs,           Civil Action
           :     No. 15-13825-WGY
   v.
           :     **ORAL ARGUMENT REQUESTED**
PUTNAM INVESTMENTS, LLC, PUTNAM
INVESTMENT MANAGEMENT, LLC, PUTNAM :
INVESTOR SERVICES, INC., the PUTNAM
BENEFITS INVESTMENT COMMITTEE, the :
PUTNAM BENEFITS OVERSIGHT COMMITTEE,
and ROBERT REYNOLDS, :

          Defendants. :

           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Defendants Putnam Investments, LLC, Putnam Investment Management, LLC, Putnam Investor Services, Inc., the Putnam Benefits Investment Committee, the Putnam Benefits Oversight Committee, and Robert Reynolds (collectively, "Defendants") hereby move for summary judgment in their favor on all counts of Plaintiffs' Second Amended Complaint on the ground that the undisputed facts show that Defendants are entitled to judgment thereon as a matter of law.

The grounds for this Motion are set forth in the accompanying memorandum of law. This Motion also is supported by (i) Defendants' Local Rule 56.1 Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried, filed herewith, and (ii) Transmittal

Declaration Of Michael S. Hines In Support Of Defendants' Motion For Summary Judgment, and exhibits thereto, filed herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this Motion.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants hereby certifies that they have conferred with Plaintiffs' counsel, who have advised that Plaintiffs oppose the relief requested.

Dated:  January 9, 2017
        Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Eben P. Colby (BBO #651456)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
eben.colby@skadden.com
michael.hines@skadden.com

Counsel for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 9, 2017.

Dated:  January 9, 2017    /s/ Michael S. Hines
                                    Michael S. Hines