IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Brotherston and Joan Glancy, individually and as representatives of a class of similarly situated persons, and on behalf of the Putnam Retirement Plan,<br><br>                Plaintiffs,<br>v.<br><br>Putnam Investments, LLC, Putnam Investment Management, LLC, Putnam Investor Services, Inc., the Putnam Benefits Investment Committee, the Putnam Benefits Oversight Committee, and Robert Reynolds,<br><br>                Defendants. | Case No. 1:15-cv-13825-WGY<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR MODIFICATION OF CLASS CERTIFICATION ORDER** |

Pursuant to Rules 56 and 23(c)(1)(C) of the Federal Rules of Civil Procedure, Local Rule 7.1, and this Court's Order dated August 15, 2016 (ECF No. 54), Plaintiffs John Brotherston and Joan Glancy ("Plaintiffs") respectfully move this Court for the following relief:

1. An order (A) granting summary judgment for Plaintiffs on Defendants' Twenty-First Affirmative Defense as it relates to the claims of Plaintiff Glancy and the absent class members, and as to Mr. Brotherston's claims after the date he signed his release; and (B) modifying the existing Class Certification Order (ECF No. 88) to disregard the current subclasses, or alternatively, certify subclasses consisting of class members who signed releases after the start of the class period and those who did not.

2. An order granting partial summary judgment for Plaintiffs as to liability on their prohibited transaction claims in Counts 2 and 3, and Defendants' fifth affirmative defense asserting a prohibited transaction exemption; the motion seeks judgment only as to Y-share Putnam mutual funds held by the Putnam Retirement Plan from November 13, 2009 to the present.

1

This motion is based on Plaintiffs' accompanying Statement of Undisputed Material Facts and Memorandum of Law; the accompanying Declarations of Kai Richter and Carl Engstrom, and the exhibits to such Declarations; the allegations in Plaintiffs' Second Amended Complaint (ECF No. 73); Defendants' Answer to the Second Amended Complaint (ECF No. 83); the Court's Order granting Plaintiffs' Motion for Class Certification (ECF No. 88); Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification (ECF No. 78); the transcript of the hearing on Plaintiffs' Motion for Class Certification (ECF No. 87); the Court's Scheduling Order (ECF No. 44) and Amended Scheduling Order (ECF No. 54); Plaintiffs' forthcoming reply brief and any accompanying papers; and all files, records, and proceedings in this matter.

## LOCAL RULE 7.1 CERTIFICATION

I, Kai H. Richter, hereby certify that I conferred with counsel for Defendants in good faith on January 6, 2017 regarding the issues raised in this motion, and have been advised that Defendants oppose the motion.

Dated: January 9, 2017

Respectfully Submitted,

**BLOCK & LEVITON LLP**

Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
Bradley J. Vettraino (BBO #691834)
155 Federal Street, Ste. 400
Boston, MA 02110
Telephone: (617) 398-560
Facsimile: (617) 507-6020
jason@blockesq.com
jake@blockesq.com
bradley@blockesq.com

**NICHOLS KASTER, PLLP**

By: /s/ *Kai H. Richter*
James H. Kaster, MN Bar No. 53946*
Kai H. Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
  *admitted *pro hac vice*
4600 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
kaster@nka.com
krichter@nka.com
cengstrom@nka.com

**ATTORNEYS FOR PLAINTIFFS**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2017, a true and correct copy of Plaintiffs' Motion for Partial Summary Judgment and for Modification of Class Certification Order was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: January 9, 2017     /s/ Kai H. Richter