UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BROTHERSTON and JOAN GLANCY, individually and as representatives of a class of similarly situated persons, and on behalf of the Putnam Retirement Plan,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PUTNAM INVESTMENTS, LLC, PUTNAM PUTNAM INVESTMENT MANAGEMENT, LLC, PUNTNAM INVESTOR SERVICES, INC., The PUTNAM BENEFITS INVESTMENT COMMITTEE, the PUTNAM BENEFITS OVERSIGHT COMMITTEE, and ROBERT REYNOLDS<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 15-13825-WGY |

YOUNG, D.J.　　　　　　　　　　　　　　　　　　March 3, 2017

**ORDER**

After careful consideration of the parties' cross motions for summary judgement, ECF Nos. 89 and 93, supporting briefs, statement of facts, and oral arguments at the motion hearing on February 27, 2017, it is clear from the record that there are genuine issues of material fact in dispute as to counts I, V, and VI, and Defendants' fifth affirmative defense. Parties' motions for summary judgement on these counts and defense are, therefore, DENIED. With the agreement of the parties, this Court held a case stated hearing on February 28, 2017 as to

counts II and III and will issue its findings of fact and rulings of law as to these Counts in due time. Plaintiffs' request for modification of class certification order, ECF No. 93, is also DENIED.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE