UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN BROTHERSTON and JOAN GLANCY, individually and as representatives of a class of similarly situated persons, and on behalf of the Putnam Retirement Plan, | : | |
| Plaintiffs, | : | Civil Action No. 15-13825-WGY |
| v. | : | **ORAL ARGUMENT REQUESTED** |
| PUTNAM INVESTMENTS, LLC, PUTNAM INVESTMENT MANAGEMENT, LLC, PUTNAM INVESTOR SERVICES, INC., the PUTNAM BENEFITS INVESTMENT COMMITTEE, the PUTNAM BENEFITS OVERSIGHT COMMITTEE, and ROBERT REYNOLDS, | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR JUDGMENT ON PARTIAL FINDINGS AS TO ALL OF PLAINTIFFS' REMAINING CLAIMS PURSUANT TO FED. R. CIV. P. 52(c)**

Pursuant to Rule 52(c) of the Federal Rules of Civil Procedure, Defendants Putnam Investments, LLC; Putnam Investment Management, LLC; Putnam Investor Services, Inc.; the Putnam Benefits Investment Committee; the Putnam Benefits Oversight Committee; and Robert Reynolds (collectively, "Defendants") hereby move for partial findings of fact at the close of plaintiffs' presentation of evidence. The grounds for this motion are set forth in the memorandum of law submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this Motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants hereby certifies that they have conferred with Plaintiffs' counsel, who have advised that Plaintiffs oppose the relief requested.

Dated: April 19, 2017
Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll

Raoul D. Kennedy (*pro hac vice*)
James R. Carroll (BBO #554426)
Eben P. Colby (BBO #651456)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 19, 2017.

Dated: April 19, 2017 /s/ Michael S. Hines
Michael S. Hines