IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Brotherston and Joan Glancy, individually and as representatives of a class of similarly situated persons, and on behalf of the Putnam Retirement Plan,<br><br>                        Plaintiffs,<br>v.<br><br>Putnam Investments, LLC, Putnam Investment Management, LLC, Putnam Investor Services, Inc., the Putnam Benefits Investment Committee, the Putnam Benefits Oversight Committee, and Robert Reynolds,<br><br>                        Defendants. | Case No. 1:15-cv-13825-WGY<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE MEMORANDUM IN EXCESS OF TWENTY PAGES** |

      Pursuant to Local Rule 7.1(b)(4), Plaintiffs John Brotherston and Joan Glancy ("Plaintiffs") respectfully move the Court for permission to file a memorandum of law (attached hereto as **Exhibit 1**) in response to Defendants' Motion for Judgment on Partial Findings as to All of Plaintiffs' Remaining Claims Pursuant to Fed. R. Civ. P. 52(c) (the "Motion") that exceeds the 20-page default limit for response briefs. In support of their motion, Plaintiffs state as follows:

      1.     On April 19, 2017, after seven days of trial, Defendants filed the Motion, seeking partial findings and the entry of judgment against Plaintiffs on their remaining claims in this action.

      2.     Local Rule 7.1(b)(4) provides that "memoranda supporting or opposing allowance of motions shall not, without leave of court, exceed twenty (20) pages, double-spaced."

      3.     Plaintiffs understand from this Court's USDC Judicial Forum Survey that the Court generally welcomes written submissions without concern for page length. *See* http://www.mad.uscourts.gov/boston/young.htm at USDC Judicial Forum Survey Questions 25

1

and 26 (explaining that the Court welcomes reply briefs and other written submissions and does not set a page limit for replies).

4. The parties have previously submitted memoranda in this action in excess of 20 pages. Defendants' Trial Brief was 27 pages long (*Dkt. No. 159*) and Plaintiffs' was 25 pages long (*Dkt. No. 164*).

5. Considering the complex issues at play in this class action brought pursuant to the Employee Retirement Income Security Act ("ERISA"), the seven days of trial and attendant evidence currently at issue, and the drastic nature of the relief sought by Defendants in the Motion, Plaintiffs respectfully submit that the Court would benefit from a response memoranda exceeding the default 20-page limit set in Local Rule 7.1.

6. Therefore, Plaintiffs respectfully request permission to file a memorandum of law in response to the Motion consisting of 40 pages, excluding the caption, table of contents and table of authorities.

## LOCAL RULE 7.1 CERTIFICATION

I, Kai H. Richter, hereby certify that I conferred with counsel for Defendants in good faith on April 26, 2017 regarding the issues raised in this motion, and have been advised that Defendants take no position on the motion.

Dated: April 26, 2017                                  Respectfully Submitted,

**BLOCK & LEVITON LLP**                        **NICHOLS KASTER, PLLP**

Jason M. Leviton (BBO #678331)           By: */s/ Kai H. Richter*
Jacob A. Walker (BBO #688074)            James H. Kaster, MN Bar No. 53946*
Bradley J. Vettraino (BBO #691834)       Kai H. Richter, MN Bar No. 0296545*
155 Federal Street, Ste. 400                   Carl F. Engstrom, MN Bar No. 0396298*
Boston, MA 02110                                       *admitted *pro hac vice*
Telephone: (617) 398-560                      4600 IDS Center, 80 S 8th Street
Facsimile: (617) 507-6020                     Minneapolis, MN 55402
jason@blockesq.com                              Telephone: 612-256-3200
jake@blockesq.com                               Facsimile: 612-338-4878

bradley@blockesq.com

kaster@nka.com
krichter@nka.com
cengstrom@nka.com

**ATTORNEYS FOR PLAINTIFFS**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2017, a true and correct copy of Plaintiffs' Motion for Leave to Response Memorandum in Excess of Twenty Pages was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: April 26, 2017   /s/ Kai H. Richter

---