# United States Court of Appeals
## For the First Circuit

_____

No. 17-1711

JOHN BROTHERSTON, individually and as representative of a class of similarly situated persons, and on behalf of the Putnam Retirement Plan; JOAN GLANCY, individually and as representative of a class of similarly situated persons, and on behalf of the Putnam Retirement Plan,

Plaintiffs, Appellants,

v.

PUTNAM INVESTMENTS, LLC; PUTNAM BENEFITS OVERSIGHT COMMITTEE; PUTNAM BENEFITS INVESTMENT COMMITTEE; ROBERT REYNOLDS; PUTNAM INVESTMENT MANAGEMENT LLC; PUTNAM INVESTOR SERVICES, INC.,

Defendants, Appellees.
_____

**JUDGMENT**

Entered: October 15, 2018

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's dismissal of plaintiffs' prohibited transaction claim under 29 U.S.C. § 1106(a)(1)(C) is affirmed, its dismissal of plaintiffs' prohibited transaction claim under 29 U.S.C. § 1106(b)(3) is vacated, and its order entering judgment on partial findings is affirmed in part and vacated in part.  The matter is remanded to the district court for further proceedings consistent with the opinion issued this day.  Costs are awarded to plaintiffs.


By the Court:

Maria R. Hamilton, Clerk


cc:
Hon. William G. Young
Robert Farrell, Clerk, United States District Court for the District of Massachusetts

Jason Mathew Leviton
Kai Heinrich Richter
Paul J. Lukas
James Kaster
Carl Engstrom
Jacob T. Schutz
Jacob A. Walker
Michael S. Hines
Eben P. Colby
James R. Carroll
Sarah Rosenbluth
Raoul D. Kennedy
William Alvarado Rivera
Matt Koski
Steven Paul Lehotsky
James O. Fleckner
Alison V. Douglass
William M. Jay
Jaime Ann Santos
Sarah Adams