UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN BROTHERSTON and JOAN GLANCY,         :
individually and as representatives of a class of
similarly situated persons, and on behalf of the   :
Putnam Retirement Plan,
                                          :
          Plaintiffs,                          Civil Action
                                          :    No. 15-13825-WGY
     v.
                                          :
PUTNAM INVESTMENTS, LLC, PUTNAM
INVESTMENT MANAGEMENT, LLC, PUTNAM :
INVESTOR SERVICES, INC., the PUTNAM
BENEFITS INVESTMENT COMMITTEE, the        :
PUTNAM BENEFITS OVERSIGHT COMMITTEE,
and ROBERT REYNOLDS,                      :

          Defendants.                     :

                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## JOINT NOTICE OF SETTLEMENT

Plaintiffs John Brotherston and Joan Glancy, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendants Putnam Investments, LLC; Putnam Investment Management, LLC; Putnam Investor Services, Inc.; the Putnam Benefits Investment Committee; the Putnam Benefits Oversight Committee; and Robert Reynolds (collectively, "Defendants"), hereby notify the Court that they have reached an agreement in principle to settle this action on a class-wide basis. The parties anticipate that they will finalize the settlement agreement and submit a motion for preliminary approval of the settlement by April 17, 2020.

Dated: March 25, 2020  Respectfully submitted,
Boston, Massachusetts

| | |
|---|---|
| /s/ Paul J. Lukas | /s/ James R. Carroll |
| James H. Kaster* | James R. Carroll (BBO #554426) |
| Paul J. Lukas* | Eben P. Colby (BBO #651456) |
| Kai H. Richter* | Michael S. Hines (BBO #653943) |
| Carl F. Engstrom* | SKADDEN, ARPS, SLATE |
| NICHOLS KASTER, PLLP | MEAGHER & FLOM LLP |
| 4600 IDS Center | 500 Boylston Street |
| 80 S 8th Street | Boston, Massachusetts 02116 |
| Minneapolis, Minnesota 55402 | (617) 573-4800 |
| 612-256-3200 | james.carroll@skadden.com |
| kaster@nka.com | eben.colby@skadden.com |
| krichter@nka.com | michael.hines@skadden.com |
| lukas@nka.com | |
| cengstrom@nka.com | Counsel for Defendants |
| * admitted pro hac vice | |

Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
Bradley J. Vettraino (BBO #691834)
BLOCK & LEVITON LLP
155 Federal Street, Ste. 400
Boston, Massachusetts 02110
(617) 398-5600
jason@blockesq.com
jake@blockesq.com
bradley@blockesq.com

Counsel for Plaintiffs