## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Brotherston and Joan Glancy, individually and as representatives of a class of similarly situated persons, and on behalf of the Putnam Retirement Plan,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>Putnam Investments, LLC, Putnam Investment Management, LLC, Putnam Investor Services, Inc., the Putnam Benefits Investment Committee, the Putnam Benefits Oversight Committee, and Robert Reynolds,<br><br>　　　　　　　Defendants. | Case No. 1:15-cv-13825-WGY<br><br>**PLAINTIFFS'** *UNOPPOSED* **MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs John Brotherston and Joan Glancy ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement in the above-referenced matter; (2) approve the proposed Settlement Notice and authorize distribution of the Notice to the Settlement Class; (3) certify the Settlement Class; (4) schedule a final approval hearing; and (5) enter the accompanying Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Kai Richter and exhibits attached thereto (including the Settlement Agreement attached as Exhibit A), the Declarations of John Brotherston and Joan Glancy and exhibits thereto, and all files, records, and proceedings in this matter. Defendants do not oppose the motion.

| | |
|---|---|
| Dated: April 17, 2020 | Respectfully Submitted, |
| **BLOCK & LEVITON LLP** | **NICHOLS KASTER, PLLP** |
| Jason M. Leviton (BBO #678331) | By: s/Kai Richter |
| Jacob A. Walker (BBO #688074) | James H. Kaster, MN Bar No. 53946* |
| Bradley J. Vettraino (BBO #691834) | Paul J. Lukas, MN Bar No. 22084X* |
| 260 Franklin Street | Kai Richter, MN Bar No. 0296545* |
| Boston, MA 02110 | Carl F. Engstrom, MN Bar No. 0396298* |
| Telephone: (617) 398-5600 | Jacob T. Schutz, MN Bar No. 0395648* |
| Facsimile: (617) 507-6020 | *admitted *pro hac vice* |
| jason@blockesq.com | 4600 IDS Center, 80 S 8th Street |
| jake@blockesq.com | Minneapolis, MN 55402 |
| bradley@blockesq.com | Telephone: 612-256-3200 |
| | Facsimile: 612-338-4878 |
| | kaster@nka.com |
| | lukas@nka.com |
| | krichter@nka.com |
| | cengstrom@nka.com |
| | jschutz@nka.com |

**ATTORNEYS FOR PLAINTIFFS**

## LOCAL RULE 7.1 CERTIFICATION

I, Kai Richter, hereby certify that I conferred with counsel for Defendants in good faith on April 15, 2020 regarding the issues raised in this motion and have been advised that Defendants do not oppose the motion.

Dated: April 17, 2020                                        s/Kai Richter

---

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2020, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: April 17, 2020                                        s/Kai Richter