**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| John Brotherston and Joan Glancy, individually and as representatives of a class of similarly situated persons, and on behalf of the Putnam Retirement Plan,<br><br>                   Plaintiffs,<br>v.<br><br>Putnam Investments, LLC, Putnam Investment Management, LLC, Putnam Investor Services, Inc., the Putnam Benefits Investment Committee, the Putnam Benefits Oversight Committee, and Robert Reynolds,<br><br>                   Defendants. | Case No. 1:15-cv-13825-WGY<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 9, 2020 at 2:00 p.m., Plaintiffs John Brotherston and Joan Glancy ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the Parties' proposed Class Action Settlement Agreement. This motion is made pursuant to Federal Rule of Civil Procedure 23, this Court's Preliminary Approval Order dated April 29, 2020 (*ECF No. 220*), and Article 2.3 of the Parties' Class Action Settlement Agreement (*ECF No. 215-1*), and is based on the accompanying Memorandum of Law and authorities cited herein, the declarations of Kai Richter and Chris Amundson and exhibits attached thereto, the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion. Defendants do not oppose this motion as parties to the Settlement Agreement.

Dated: August 26, 2020

**BLOCK & LEVITON LLP**
Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
Bradley J. Vettraino (BBO #691834)
260 Franklin Street
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jason@blockesq.com
jake@blockesq.com
bradley@blockesq.com

Respectfully Submitted,

**NICHOLS KASTER, PLLP**
By: s/Kai Richter
James H. Kaster, MN Bar No. 53946*
Paul J. Lukas, MN Bar No. 022084X*
Kai Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
Jacob T. Schutz, MN Bar No. 0395648*
　　*admitted *pro hac vice*
4600 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
kaster@nka.com
krichter@nka.com
cengstrom@nka.com

**ATTORNEYS FOR PLAINTIFFS**

## LOCAL RULE 7.1 CERTIFICATION

I, Kai Richter, hereby certify that I conferred with counsel for Defendants in good faith regarding the issues raised in this motion and have been advised that Defendants do not oppose the motion.

Dated: August 26, 2020            s/Kai Richter
                                  Kai Richter

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, a true and correct copy of Plaintiffs' Motion for Final Approval of Class Action Settlement was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: August 26, 2020            s/Kai Richter
                                  Kai Richter