UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN BROTHERSTON and JOAN GLANCY,              :
individually and as representatives of a class of
similarly situated persons, and on behalf of the   :
Putnam Retirement Plan,
                                                :
        Plaintiffs,                              Civil Action
                                                : No. 15-13825-WGY
    v.
                                                :
PUTNAM INVESTMENTS, LLC, PUTNAM
INVESTMENT MANAGEMENT, LLC, PUTNAM              :
INVESTOR SERVICES, INC., the PUTNAM
BENEFITS INVESTMENT COMMITTEE, the              :
PUTNAM BENEFITS OVERSIGHT COMMITTEE,
and ROBERT REYNOLDS,                            :

        Defendants.                             :

                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## JOINT REQUEST FOR ENTRY OF FINAL APPROVAL ORDER AND RELATED ORDER

On September 9, 2020, this Court held a Fairness Hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 227) and Plaintiffs' Motion for Approval of Attorneys' Fees and Costs, and Class Representative Service Awards (Dkt. 221). Neither motion was opposed by Defendants or the subject of any objections from class members. The Clerk's Notes from the hearing state:

> **Fairness Hearing held by video on 9/9/2020. The Court inquires of any objectors with no affirmative responses. After hearing from counsel, the Court enters an order granting in part and denying in part [221] Motion for Attorney Fees and Costs and Class Representative Service Awards; granting [227] Motion for Final Approval of Class Action Settlement. Attorney's fees are awarded 1/3 of the net.**

*Dkt. 232.* However, the Court has not yet entered written orders in connection with the motions.

For the convenience of the Court, the Parties' Proposed Order on Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 231) is attached hereto as **Exhibit A**. The Proposed Order on Plaintiffs' Motion for Approval of Attorneys' Fees and Costs, and Class Representative Service Awards – which has been modified to award attorneys' fees "1/3 of the net" as discussed at the Fairness Hearing – is attached as **Exhibit B**.

The Parties respectfully request that the Court enter these proposed orders so that the Settlement Agreement may become effective and be implemented.[1]

Dated:  April 1, 2021                                   Respectfully submitted,

| | |
|---|---|
| /s/ Kai H. Richter | /s/ Eben P. Colby |
| Kai H. Richter* | James R. Carroll (BBO #554426) |
| Carl F. Engstrom* | Eben P. Colby (BBO #651456) |
| NICHOLS KASTER, PLLP | Michael S. Hines (BBO #653943) |
| 4600 IDS Center | SKADDEN, ARPS, SLATE |
| 80 S 8th Street |   MEAGHER & FLOM LLP |
| Minneapolis, Minnesota 55402 | 500 Boylston Street |
| krichter@nka.com | Boston, Massachusetts 02116 |
| cengstrom@nka.com | (617) 573-4800 |
| * admitted pro hac vice | james.carroll@skadden.com |
| | eben.colby@skadden.com |
| Jason M. Leviton (BBO #678331) | michael.hines@skadden.com |
| Bradley J. Vettraino (BBO #691834) | |
| BLOCK & LEVITON LLP | Counsel for Defendants |
| 155 Federal Street, Ste. 400 | |
| Boston, Massachusetts 02110 | |
| (617) 398-5600 | |
| jason@blockesq.com | |
| bradley@blockesq.com | |
| | |
| Counsel for Plaintiffs and the Class | |

---

[1] In the event that the Court has any questions or concerns, the Parties would be happy to appear for a follow-up hearing.