IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Brotherston and Joan Glancy, individually and as representatives of a class of similarly situated persons, and on behalf of the Putnam Retirement Plan,<br><br>                   Plaintiffs,<br>v.<br><br>Putnam Investments, LLC, Putnam Investment Management, LLC, Putnam Investor Services, Inc., the Putnam Benefits Investment Committee, the Putnam Benefits Oversight Committee, and Robert Reynolds,<br><br>                   Defendants. | Case No. 1:15-cv-13825-WGY<br><br>**[~~PROPOSED~~] ORDER ON PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS** |

This matter came before the Court on a Fairness Hearing on September 9, 2020. During the Fairness hearing, the Court considered, among other things, Plaintiffs' Motion for Approval of Attorneys' Fees and Costs, and Class Representative Service Awards. This motion is unopposed by Defendants.

Having considered the motion papers, the proposed Settlement Agreement which the Court preliminarily approved on April 29, 2020 and has now finally approved, the arguments of counsel, and all files, records, and proceedings in this action, and otherwise being fully informed in the premises as to the facts and the law,

**It is hereby ORDERED as follows:**

1. Class Counsel's request for attorneys' fees is approved in part. Having reviewed Class Counsel's application and all applicable legal authorities, the Court awards Class Counsel $3,990,262.21 in attorneys' fees (one-third of the net settlement amount, after the expense and

1

service award deductions in paragraphs 2 and 3 below).[1] The Court funds this award to be reasonable and appropriate.

2. Class Counsel's request for litigation expenses in the amount of $479,213.35 is approved. The Court has reviewed these expenses and finds that they are reasonable and appropriate given the nature of this action.

3. Plaintiffs' request for class representative service awards in the amount of $25,000 each ($50,000 total) to Plaintiffs John Brotherston and Joan Glancy is approved. The Court finds these awards to be justified under the facts of this case and consistent with applicable legal authorities.

**IT IS SO ORDERED.**

Dated: April 6, 2021

/s/ William G. Young
Hon. William G. Young
United States District Judge

[1] [$12,500,000 - $479,213.35 - $50,000] / 3 = $3,990,262.21.